Certificate Number: 16337-PAM-DE-030132655

Bankruptcy Case Number: 17-16028



16337-PAM-DE-030132655

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 6, 2017</u>, at <u>3:13</u> o'clock <u>PM EST</u>, <u>Albert  F Munro</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 6, 2017</u>          By:      <u>/s/Nisrene Tarraf</u>

Name:  <u>Nisrene Tarraf</u>

Title:   <u>Educator</u>