**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nancy Munro<br>        Albert Munro Jr.<br>                              Debtors<br><br>U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2<br>                              Movant<br>          vs.<br><br>Nancy Munro<br>Albert Munro, Jr.<br>                              Debtors<br><br>Michael H. Kaliner, Esq.<br>                              Trustee | CHAPTER 7<br><br><br><br>NO. 17-16028 JKF<br><br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 10th day of January, 2018, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is terminated as to Movant, with respect to the subject premises located at 3823 Schuylkill Road, Spring City, PA 19475 ("Property").  The relief granted is in rem with regard to the Property.

_____
United States Bankruptcy Judge

Albert Munro Jr.
3823 Schuylkill Road
Spring City, PA 19475

Nancy Munro
3823 Schuylkill Road
Spring City, PA 19475

James W. Zerillo, Esquire
937 North Hanover Street
Pottstown, PA 19464

Michael H. Kaliner, Esq.
312 Oxford Valley Road
Fairless Hills, PA 19030

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532