*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:    : Chapter 7

Nancy Munro and Albert Munro,, Jr.    : Case No. 17–16028–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 12, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

20
Form 195