United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 17-16028-jkf
Nancy Munro                                                                           Chapter 7
Albert Munro,, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 1              Date Rcvd: Jan 10, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb         Nancy Munro,    Albert Munro,, Jr.,    3823 Schuylkill Rd,    Spring City, PA  19475-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              JAMES W. ZERILLO    on behalf of Debtor Nancy  Munro jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JAMES W. ZERILLO    on behalf of Joint Debtor Albert  Munro,, Jr. jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE2, Asset-Backed Certificates Series 2007-HE2 bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nancy Munro<br>Albert Munro Jr.<br>Debtors | CHAPTER 7 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2<br>Movant<br>vs. | NO. 17-16028 JKF |
| Nancy Munro<br>Albert Munro, Jr.<br>Debtors | 11 U.S.C. Section 362 |
| Michael H. Kaliner, Esq.<br>Trustee | |

**ORDER**

AND NOW, this 10th day of January, 2018, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is terminated as to Movant, with respect to the subject premises located at 3823 Schuylkill Road, Spring City, PA 19475 ("Property").  The relief granted is in rem with regard to the Property.

_____
United States Bankruptcy Judge

Albert Munro Jr.
3823 Schuylkill Road
Spring City, PA 19475

Nancy Munro
3823 Schuylkill Road
Spring City, PA 19475

James W. Zerillo, Esquire
937 North Hanover Street
Pottstown, PA 19464

Michael H. Kaliner, Esq.
312 Oxford Valley Road
Fairless Hills, PA 19030

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532